# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

—————————————

## No. 201700013

—————————————

## UNITED STATES OF AMERICA
Appellee

v.

## CORY O. EVANGELISTA
Private (E-1), U.S. Marine Corps
Appellant

—————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding Officer, MALS-11, MAG-11, 3d MAW, MCAS Miramar, San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Wilber Lee, USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

—————————————

Decided 2 May 2017

—————————————

Before MARKS, JONES, and ELLINGTON, *Appellate Military Judges*

—————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court